**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION**

**CHAUNEA JACKSON**                                                                           **PLAINTIFF**

**v.**                                    **CASE NO. 2:20-CV-00010 BSM**

**NISSAN NORTH AMERICA, INC.**                                            **DEFENDANT**

**<u>JOINT STIPULATION OF DISMISSAL WITH PREJUDICE</u>**

Pursuant to Rule 41 of the Federal Rules of Civil Procedure, Plaintiff Chaunea Jackson. ("Jackson") and Defendant Nissan North America, Inc. ("NNA") state that they have settled and compromised their differences in the above-captioned matter and hereby stipulate to the dismissal with prejudice of all claims of Jackson against NNA in this action, with each party to bear its own fees and costs.

DATED this 23rd day of December, 2020.

                                                Respectfully submitted,

                                                By: **<u>Thomas S. Van</u>**
                                                Jonathan A. Michaels
                                                CA Bar No. 180455
                                                *Admitted Pro Hac Vice*
                                                Thomas S. Van
                                                CA Bar No. 209632
                                                *Admitted Pro Hac Vice*
                                                MLG, APLC
                                                600 Anton Blvd., Suite 1240
                                                Costa Mesa, California 92626
                                                (949) 581-6900 (telephone)
                                                (949) 581-6908 (facsimile)
                                                jmichaels@mlgaplc.com (e-mail)
                                                tvan@mlgaplc.com (e-mail)

                                                *Attorneys for Plaintiff*
                                                *Chaunea Jackson*

By: **John Randolph Bibb, Jr.**
Tennessee B.P.R. No. 009350
LEWIS THOMASON, P.C.
424 Church Street, Suite 2500
Nashville, Tennessee 37219
(615) 259-1349 (telephone)
(615) 259-1389 (facsimile)
rbibb@lewisthomason.com (e-mail)

and

Baxter D. Drennon
AR Bar Number 2010147
WRIGHT LINDSEY & JENNINGS, LLP
200 West Capitol Avenue, Suite 2300
Little Rock, Arkansas 72201
(501) 371-0808 (telephone)
(501) 376-9442 (facsimile)
bdrennon@wlj.com (e-mail)

*Attorneys for Defendant*
*Nissan North America, Inc.*