UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**CHAUNEA JACKSON**                                                                 **PLAINTIFF**

v.                              **CASE NO. 2:20-CV-00010-BSM**

**NISSAN NORTH AMERICA, INC.**                                          **DEFENDANT**

## JUDGMENT

Consistent with the order entered today, this case is dismissed with prejudice.

IT IS SO ORDERED this 23rd day of December, 2020.

_____
UNITED STATES DISTRICT JUDGE